IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

    Plaintiff,                    No. CIV S-03-1976 GEB PAN P

    vs.

D. L. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prisoner without counsel seeking relief pursuant to 42 U.S.C. § 1983. On March 9, 2006, he filed a document styled, "Plaintiff's [sic] Response [sic] to Defendants' Objections and Request for Vaughn Indexing of Defendants' Objected Discovery." Since the Federal Rules of Civil Procedure pertaining to discovery govern this action, the court construes plaintiff's paper as a motion to compel production of documents.

        Before the court can determine whether to sustain defendants' objections to plaintiff's requests for production of documents, plaintiff must file the part of the request for production and response thereto that are in issue. See L.R. 34-250©.

/////

/////

/////

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's March 9, 2006, motion
2 to compel is denied without prejudice to its renewal with the proper supporting papers.
3 DATED: April 24, 2006.

                                            UNITED STATES MAGISTRATE JUDGE

\004
\wood1976.dny mtc docs - no req