IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

    Plaintiff,                        No. CIV S-03-1976 GEB EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.                     <u>ORDER</u>

        Plaintiff is a state prisoner prosecuting this civil rights action without counsel. Defendants request the court to vacate the pretrial dates.

        Pursuant to the December 8, 2005, schedule, plaintiff's pretrial statement was due September 1, 2006, defendants' pretrial statement is due September 15, 2006, pretrial conference is set for September 22, 2006, and trial is set for December 12, 2006.

        However defendants' motion for summary judgment is pending, and may or may not be dispositive of the case. Accordingly, defendants' August 31, 2006, motion to vacate is granted and the above dates are vacated. <u>See</u> Fed. R. Civ. P. 16(b). If the pending motion is not dispositive of the case, new dates will be set in the Findings and Recommendation on motion.

        So ordered.

Dated: September 14, 2006.

*[Signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

\wood1976. vac sched