1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CEDRIC WOODS,

11          Plaintiff,              No. CIV S-03-1976 GEB EFB P

12          vs.

13   D. L. RUNNELS, et al.,

14          Defendants.            <u>ORDER</u>

15   _____/

16          Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983.  On June 1, 2006,

17   defendants moved for summary judgment.  Plaintiff did not file an opposition or statement of no

18   opposition.  Accordingly, on July 18, 2006, the court directed plaintiff to file an opposition or

19   statement of no opposition and warned him that failure to do so would result in a

20   recommendation that this action be dismissed.  On September 15, 2006, plaintiff filed a motion

21   for an extension of time to file his opposition.

22          Plaintiff asserts that he was transferred to a different prison and still does not have access

23   to his legal materials.  The docket shows that on August 23, 2006, plaintiff filed a notice of his

24   address change.

25          Accordingly, it is ORDERED that plaintiff's September 14, 2006, request for an

26   extension of time is granted and plaintiff has 30 days from the date this order is served to file

1   either an opposition or a statement of no opposition to defendants' motion for summary

2   judgment.

3   Dated:   September 25, 2006.

4

5                                                    EDMUND F. BRENNAN
                                                     UNITED STATES MAGISTRATE JUDGE
6   \wood1976.grnt eot

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26