IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

    Plaintiff,                    No. CIV S-03-1976 GEB EFB P

    vs.

D. L. RUNNELS, et al.,

    Defendants.         ORDER
_____/

     Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 18, 2006, the court ordered plaintiff to file either an opposition to defendants' motion for summary judgment or a statement of no opposition. On September 26, 2006, the court granted plaintiff a 30-day extension of time to file an opposition to defendants' motion for summary judgment. With that extension, plaintiff has until October 26, 2006, to file an opposition or statement of no opposition. However, through clerical oversight, findings and recommendations were issued on October 5, 2006, recommending that this action be dismissed for failure to comply with the July 18, 2006, order. In light of the extension of time to October 26, 2006, the October 5, 2006, findings and recommendations are vacated.

Dated: October 12, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE