IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

     Plaintiff,                    No. CIV S-03-1976 GEB EFB P

  vs.

D. L. RUNNELS, et al.,

     Defendants.               ORDER

                              /

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Plaintiff requests an extension of time to file and serve an opposition or statement of no opposition to defendants' motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

        Plaintiff's October 30, 2006, request is granted and plaintiff has 30 days from the date this order is served to file an opposition or a statement of no opposition to defendants' motion for summary judgment.

    So ordered.

Dated: November 29, 2006.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE