IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

      Plaintiff,                           No. CIV S-03-1976 GEB EFB P

    vs.

D.L. RUNNELS, et al.,

      Defendants.            ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests a second extension of time to file an opposition to defendants' June 1, 2006, motion for summary judgment. *See* Fed. R. Civ. P. 6(b). As grounds, he asserts that prison officials have transferred him and in so doing, confiscated his property temporarily. On December 22, 2006, plaintiff filed a notice that his address changed. On January 5, 2007, he filed his opposition.

    Plaintiff's request for an extension is granted to January 5, 2007, the date he filed his opposition.

    So ordered.

Dated: February 8, 2007.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE