IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

    Plaintiff,                  2:03-cv-1976-GEB-EFB-P

  vs.

D.L. RUNNELS, et al.,

    Defendants.            <u>ORDER</u>

_____/

        On March 14, 2007, Plaintiff filed a request for extension of time to file objections to the Magistrate Judge's findings and recommendations. On March 15, 2007, an order was filed adopting the findings and recommendations. On March 20, 2007, Plaintiff filed a request for reconsideration of the order adopting the findings and recommendations.

        Although Plaintiff has not shown when Plaintiff delivered the request for an extension to prison officials for filing and service, because the request for extension was signed by Plaintiff on March 9, 2007, and because Plaintiff alleges the

1

Case 2:03-cv-01976-GEB-EFB   Document 73   Filed 03/22/2007   Page 2 of 2

request was timely filed, Plaintiff's request for an extension of time to file objections to the Magistrate Judge's findings and recommendations is granted.  <u>Houston v. Lack</u>, 487 U.S. 266, 270-71 (1988); <u>Faile v. Upjohn Co.</u>, 988 F.2d 985, 988 (9th Cir. 1993), disapproved on other grounds in <u>McDowell v. Calderon</u>, 197 F.3d 1253, 1255 (9th Cir. 1999); <u>Caldwell v. Amend</u>, 30 F.3d 1199, 1202 (9th Cir. 1994).  The March 15, 2007 Order adopting the findings and recommendations, and the judgment entered in accordance therewith, are vacated.  Plaintiff has until April 9, 2007 to file objections to the findings and recommendations.

Dated:  March 22, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge