IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

        Plaintiff,                     No. CIV S-03-1976 GEB EFB P

    vs.

D.L. RUNNELS, et al.,

        Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* § 1983. On April 3, 2006, plaintiff requested a second extension of time to file and serve objections to the February 22, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b). On April 17, 2007, plaintiff filed his objection.

        Plaintiff's April 3, 2007, request is granted and the court accepts his April 17, 2007, objections as timely.

        So ordered.

Dated: April 27, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE