IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

      Plaintiff,                   2:03-cv-1976-GEB-EFB-P

    vs.

D.L. RUNNELS, et al.,

      Defendants.         <u>ORDER</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

       On February 22, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. On March 15, 2007, the magistrate judge's February 22, 2007 findings and recommendations were adopted and judgment was entered accordingly. By an order filed March 22, 2007, the March 15, 2007, order and judgment were vacated and plaintiff was granted until April 9, 2007, in which to file objections to the findings and recommendations. On April 17, 2007, plaintiff filed his objections to the findings and recommendations.

1         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed February 22, 2007, are adopted in full;

        2. Defendants' June 1, 2006, motion for summary judgment is granted; and

        3. The Clerk is directed to close the case.

Dated: May 1, 2007

        */s/ Garland E. Burrell, Jr.*
GARLAND E. BURRELL, JR.
United States District Judge