IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CEDRIC WOODS,

   Plaintiff,      No. CIV S-03-1976 GEB EFB P

  vs.

D. L. RUNNELS, et al.,

   Defendants.    <u>ORDER</u>

_____/

  Plaintiff, a prisoner without counsel, commenced this action on September 22, 2003, suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. On May 1, 2007, the district judge granted defendants' motion for summary judgment and the Clerk of the Court entered judgment. Plaintiff did not appeal. However, on October 15, 2007, plaintiff filed a request that the court enjoin his transfer to High Desert State Prison. The case has been closed since the entry of the final judgment and there is no basis for granting interim injunctive relief in this closed case. *See* Fed. R. Civ. P. 59, 60. The October 15, 2007, request is denied. In as much as this is a closed case, no response will issue to future requests that are not authorized by the civil or appellate procedural rules.

Dated: October 31, 2007.

                /s/ Edmund F. Brennan
                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE